1-8-01

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 8, 2001

DAVID J. MALAND, CLERK
BY DEPUTY

| | | |
|---|---|---|
| LONZO GOVAN, #774832 | § | |
| VS. | § | CIVIL ACTION NO. 4:00cv424 |
| DIRECTOR, TDCJ-ID | § | |

## ORDER

Came on for consideration the lawsuit filed by petitioner. The petitioner did not, however, pay the requisite filing fee of $5 or submit an application to proceed *in forma pauperis*. He must submit either the filing fee or be permitted to proceed *in forma pauperis* before he can continue with his lawsuit. It is accordingly

**ORDERED** that the petitioner has thirty days from the receipt of this order to either pay the $5 filing fee or submit an application to proceed *in forma pauperis*, together with an *in forma pauperis* data sheet. The application to proceed *in forma pauperis* and the *in forma pauperis* data sheet are available in the law library. Failure to comply with this order may result in the dismissal of the lawsuit.

SIGNED this 8th day of January, 2001.

ROBERT W. FAULKNER
UNITED STATES MAGISTRATE JUDGE