EOD 12-5-01

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 5 - 2001

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| LONZO GOVAN, #774832 | § | |
| VS. | § | CIVIL ACTION NO. 4:00cv424 |
| DIRECTOR, TDCJ-ID | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Robert Faulkner who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed with prejudice. The Petitioner did not file any objections to the Report. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**. It is finally

**ORDERED** that the order referring the case to Magistrate Judge Faulkner is **VACATED**.

SIGNED this _____ day of November, 2001.

PAUL BROWN
UNITED STATES DISTRICT JUDGE

14