EOD 12-5-01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 5 - 2001
DAVID J. MALAND, CLERK
BY DEPUTY _____

| | | |
|---|---|---|
| LONZO GOVAN, #774832 | § | |
| VS. | § | CIVIL ACTION NO. 4:00cv424 |
| DIRECTOR, TDCJ-ID | § | |

## FINAL JUDGMENT

The Court, having considered the Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice.

SIGNED this 4th day of Dec., 2001.

PAUL BROWN
UNITED STATES DISTRICT JUDGE

15